UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LYDIA G. BECK, Individually and as Executor of the ESTATE OF OLETA L. GOGGANS,<br><br>Plaintiff,<br>vs.<br><br>EMERITUS CORPORATION Operating As EMERITUS AT HERITAGE HILLS,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>4-11-cv-106 (CDL) |

## NOTICE OF REMOVAL

COMES NOW Defendant, EMERITUS CORPORATION, operating as EMERITUS AT HERITAGE HILLS, pursuant to 28 U.S.C. § 1446 hereby removes the action now pending in the State Court of Muscogee County, State of Georgia Case No. SC11CV1134, styled LYDIA G. BECK, Individually, and as Executor of the Estate of Oleta L. Goggans, Plaintiff v. EMERITUS CORPORATION, operating as EMERITUS AT HERITAGE HILLS, Defendant wherein Plaintiff demands judgment against Defendant, and respectfully shows unto this Honorable Court as follows.

1. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

2. This is a civil action regarding the decedent, Oleta L. Goggans, a former resident of Emeritus at Heritage Hills, wherein the Plaintiff, the Executor of the Estate of Oleta L. Goggans, alleges claims of negligence and wrongful death against the Defendant. Based on the allegations within Plaintiff's Complaint, Emeritus Corporation in good faith avers that Plaintiff is seeking to recover damages in excess of $75,000.00, plus interest, costs and attorney's fees.

3. At all times material to this action, Plaintiff's decedent, Oleta L. Goggans, and Plaintiff, Lydia G. Beck, were citizens of the state of Georgia.

4. At all times material to this action, Defendant, Emeritus Corporation, was a Washington corporation, having its principal place of business in Seattle, Washington.

5. Because the named Defendant, Emeritus Corporation, is a foreign corporation, complete diversity of citizenship exists and, accordingly, this cause is properly removable pursuant to 28 U.S.C. § 1332.

6. This action was commenced in the State Court in and for Muscogee County, Georgia. Emeritus Corporation initially learned of Plaintiff's Complaint, said pleading specifically naming it as a Defendant for the first time, on or about July 6, 2011, following service of process on Emeritus Corporation.

7. Defendant, Emeritus Corporation, consents to the removal of this action. The Affidavit of counsel, Kirsten K. Ullman, Esq., is submitted as **Exhibit 'A'** in support of this Notice of Removal.

8. Copies of all process, pleadings and orders served upon Emeritus Corporation and such other papers that are attachments as required by 28 U.S.C. § 446 and local court rules, are filed herein. (See composite **Exhibit 'B'**).

9. Pursuant to 28 U.S.C. §1446(d), Emeritus Corporation has provided written notice to all adverse parties and has filed a copy of this Notice of Removal with the Clerk of the State Court in and for Muscogee County, Georgia. (A copy of the Notice of Filing Notice of Removal to opposing counsel is attached hereto as **Exhibit 'C'**; a copy of the Certification of Notice of Removal is attached hereto as **Exhibit 'D'**).

WHEREFORE, Defendant, Emeritus Corporation, operating as Emeritus at Heritage Hills, respectfully submits this matter to this Court's jurisdiction.

This 5th day of August, 2011.

        Respectfully submitted,

        LEWIS BRISBOIS BISGAARD & SMITH, LLP

        /s/Kirsten K. Ullman
        Kirsten K. Ullman
        Georgia Bar No. 159094
        kullman@lbbslaw.com
        Brantley C. Rowlen
        Georgia Bar No. 153031
        Rowlen@lbbslaw.com
        LEWIS BRISBOIS BISGAARD & SMITH, LLP
        *Attorneys for Defendants*
        3812 Coconut Palm Drive, Suite 200
        Tampa, Florida 33619
        (813) 739-1900 (Telephone)
        (813) 739-1919 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Notice of Removal** has been furnished via Facsimile and United States Mail upon all counsel of record.

Daniel W. Cotter, Esq.
LAW OFFICES OF DANIEL W. COTTER, P.C.
910 Church Street, Suite 202
Decatur, Georgia 30030

Scott E. Gwartney, Esq.
BROOKS, LEBOEUF, BENNETT, FOSTER, & GWARTNEY, P.A.
909 East Park Avenue
Tallahassee, Florida 32301

This 5th day of August, 2011.

/s/Kirsten K. Ullman
Kirsten K. Ullman
Georgia Bar No. 159094
kullman@lbbslaw.com
Brantley C. Rowlen
Georgia Bar No. 153031
Rowlen@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
*Attorneys for Defendants*
3812 Coconut Palm Drive, Suite 200
Tampa, Florida 33619
(813) 739-1900 (Telephone)
(813) 739-1919 (Facsimile)