UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LYDIA G. BECK, Individually ) <br> and as Executor of the ESTATE ) <br> OF OLETA L. GOGGANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EMERITUS CORPORATION ) <br> Operating As EMERITUS AT ) <br> HERITAGE HILLS, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE NO. <br> 4:11-CV-106 (CDL) |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Lydia G. Beck, Individually and as Executor of the Estate of Oleta L. Goggans, Plaintiff, and Emeritus Corporation, Operating as Emeritus at Heritage Hills, Defendant, by and through counsel, and hereby stipulate to the dismissal with prejudice of all claims made in the above referenced action pursuant to FED.R.CIV.P. 41(a)(1)(A). The Clerk of this Court is directed to mark the above-styled action as **DISMISSED WITH PREJUDICE** upon the docket and records of the Court . All parties hereto shall bear their own costs and attorney's fees.

This 17th day of September, 2012.

4817-7335-7841.1

|  |  |
|---|---|
|  | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|  | /s/ Brantley C. Rowlen  (with express permission) |
|  | _____ |
|  | Brantley C. Rowlen<br>Georgia Bar No. 153031<br>rowlen@lbbslaw.com<br>Kirsten K. Ullman<br>Georgia Bar No. 159094<br>kullman@lbbslaw.com |
| 1180 Peachtree Street, N.E.<br>Suite 2900<br>Atlanta, Georgia 30309<br>404.348.8585 (Telephone)<br>404.467.8845 (Facsimile) | Attorneys for Defendant Emeritus Corporation |
|  | BROOKS, LEBOEUF, BENNETT, FOSTER & GWARTNEY, P.A |
|  | /s/ Scott E. Gwartney<br>Scott E. Gwartney<br>Georgia Bar No. 315955<br>scott@tallahasseeattorneys.com |
| 909 East Park Avenue<br>Tallahassee, Florida 32301<br>850.222.2000 (Telephone)<br>850.222.9757 (Facsimile) | Counsel for Plaintiff |
|  | LAW OFFICES OF DANIEL W. COTTER, P.C. |
|  | /s/  Daniel W. Cotter<br>Daniel W. Cotter<br>Georgia Bar No. 189599<br>dcotter@cotterlaw.com |
| 150 E. Ponce de Leon Ave., Suite 225<br>Decatur, Georgia 30030<br>404.377.5775 (Telephone)<br>404.377.5750 (Facsimile) | Counsel for Plaintiff |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **Stipulation for Dismissal with Prejudice** upon all parties of counsel via U.S. mail at their last know address as follows:

Brantley C. Rowlen<br>
Lewis Brisbois Bisgaard & Smith, LLP<br>
1180 Peachtree Street, N.E.<br>
Suite 2900<br>
Atlanta, Georgia 30309

This 17th[th] day of September, 2012.

                                              Brooks, LeBoeuf, Bennett, Foster & Gwartney, P.A

                                              /s/ Scott E. Gwartney
                                              Scott E. Gwartney
                                              Georgia Bar No. 315955
                                              scott@tallahasseeattorneys.com

909 East Park Avenue
Tallahassee, Florida 32301                 Counsel for Plaintiff
850.222.2000 (Telephone)
850.222.9757 (Facsimile)

4817-7335-7841.1